IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO LEE TAYLOR,<br><br>    Petitioner,<br><br>  v.<br><br>MR. ALAMEDA,<br><br>    Respondent. | No. C 02-5425 MMC (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 45)** |

      Good cause appearing, petitioner's request for an extension of time, to and including **July 9, 2007**, in which to file a traverse is GRANTED. As petitioner will have had over three months in which to prepare and file a traverse, no further extensions of time will be granted.

      This order terminates Docket No. 45.

      IT IS SO ORDERED.

DATED: June 26, 2007

_____
MAXINE M. CHESNEY
United States District Judge